IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DEMETRIA WALKER**                                                                        **PLAINTIFF**

v.                              **CASE NO. 4:22-CV-00504-BSM**

**WATERS OF WHITE HALL, LLC,** *et al.*                                       **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 31st day of October, 2023.

_____
UNITED STATES DISTRICT JUDGE